

# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Rimando Cueto <br><br> **Plaintiff,** <br><br> V. <br><br> Overseas Shipholding Group, Inc.; OSG Ship Management, Inc. ; ASC Leasing VI, Inc.; DOES, 1 - 10, incusive, in personam; M/T Overseas Boston her engines, tackle, apparel, furniture, and <br><br> **Defendant.** | Civil Action No.   10CV1243-CAB-NLS <br><br><br> **JUDGMENT IN A CIVIL CASE** |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

This case is dismissed with prejudice, each party to bear their own attorney's fees and costs.

Date:   2/15/13

CLERK OF COURT
W. SAMUEL HAMRICK, JR.
By:  s/  Y.Barajas

Y.Barajas, Deputy